# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**DR. USHA JAIN and MANOHAR
JAIN**

**Case No: 5:21-mc-1-Oc-CEMPRL**

_____

### ORDER

Dr. Usha Jain and Manohar Jain, representing themselves, have filed documents with the Court in the Ocala division seeking relief without having filed a suit. Indeed, they filed the instant documents asking the Court to give them permission to file an unspecified case in the Ocala Division of the Middle District of Florida, instead of the Orlando Division where they reside and operate an emergency medical center. (Doc. 1). Petitioners claim that they have "zero chance of impartiality and justice" in the Orlando Division due to the "prejudicial environment."

Pursuant to the Local Rule 1.04, Petitioners "must begin their action in the division in which the action is most directly connected or in which the action is most conveniently advanced." If they begin their action in the wrong division, they should note that "the judge must transfer the action to the division most consistent with the purpose of this rule." After an action is filed, Petitioners can seek transfer to another division if appropriate. Accordingly, their request (Doc. 1), which they also appear to attempt to withdraw (Doc. 3), is due to be **DENIED**. The Clerk is directed to close this miscellaneous matter.

They are cautioned that despite proceeding without a lawyer they are required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. They can obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also,

resources and information related to proceeding in court without a lawyer, including a handbook entitled *Guide for Proceeding Without a Lawyer*, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). They should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this district's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

**DONE** and **ORDERED** in Ocala, Florida on February 1, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties